FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 27  PM 12: 18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEMOND FITZGERALD COOK                       CIVIL ACTION

VERSUS                                       NUMBER: 08-1980

DEPUTY J. COOK, ET AL.                       SECTION: "C"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this 2¢ day of October, 2008.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd____
___ CtRmDep__
___ Doc. No___